UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:18-cv-60449-KMM

**EMILY FULLER**,

    Plaintiff,

vs.

**GITI ONLINE, INC.**,
a Florida for-profit corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Plaintiff EMILY FULLER, by and through her undersigned Counsel, hereby provides notice that the parties have reached a settlement in principle and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court stay all further proceedings.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of July, 2018, a true and correct copy of the foregoing has been filed with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on the parties as listed in the below Service List via transmission of Notices of Electronic Filing generated by CM/ECF.

Joseph G. Santoro, Esq.
J. Anthony Nelson, Esq.
GUNSTER, YOAKLEY & STEWART, P.A.
777 South Flagler Drive, Suite 500 East
West Palm Beach, Florida  33401
(561) 655-1980
jsantoro@gunster.com
jnelson@gunster.com

*Attorneys for Defendant*
*GLOBAL FRANCHISE GROUP, LLC*

/s/ *Roderick V. Hannah*
Roderick V. Hannah