UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  0:18-cv-60449-KMM

**EMILY FULLER**,

    Plaintiff,

vs.

**GITI ONLINE, INC.**,
a Florida for-profit corporation,

    Defendant.

_____/

## JOINT MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE

Plaintiff EMILY FULLER ("Plaintiff") and Defendant GITI ONLINE, INC. ("Defendant"), by and through their undersigned counsel, hereby jointly move the Court to approve and enter the Consent Decree attached hereto.  Plaintiff has brought this lawsuit against Defendant alleging that Defendants have violated Title III of the Americans with Disabilities Act ("ADA") by having an allegedly inaccessible website.  Defendant denies and disputes this allegation.  Rather than litigating this matter, the parties have reached a mutually satisfactory resolution.  Pursuant to the Consent Decree attached hereto, Defendant has agreed to take certain actions regarding its website.

The proposed Consent Decree effectively remedies the issues pleaded in Plaintiff's Complaint.  Plaintiff and Defendant have settled all matters relating to costs, damages, attorneys' fees, and experts' fees sought in Plaintiff's Complaint through a separate Confidential Settlement Agreement and Release.

WHEREFORE, Plaintiff and Defendant jointly request that the Court enter the Consent Decree attached hereto.

Dated: August 13, 2018.

Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 8751 W. Broward Blvd., Suite 303 | 4640 N.W. 7th Street |
| Plantation, FL 33324 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|      RODERICK V. HANNAH |      PELAYO M. DURAN |
|      Florida Bar No. 435384 |      Florida Bar No. 0146595 |

Justin Carlin, Esq.
**CARLIN LAW**
Counsel for Defendant GITI ONLINE, INC.
Victoria Park Centre
1401 East Broward Boulevard, Suite 101
Fort Lauderdale, FL  33301
T.  954/440-0901
E-mail:  jcarlin@carlinfirm.com
          eservice@carlinfirm.com

By   *s/Justin Carlin*
       JUSTIN CARLIN
       Florida Bar No. 068429